DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

19 AUGUST 2014

| | | | |
|---|---|---|---|
| 433P13-2 | State v. Johnny Ray Gordon | Def's *Pro Se* Motion for PDR (COAP13-602) | Dismissed |
| 434P13-2 | State v. Darwin Vernell Christian | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Guilford County<br><br>2. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Dismissed as Moot |
| 449P11-9 | State v. Charles Everette Hinton | Petitioner's *Pro Se* Motion for Notice and Notification of Petition to Take, Give, and Obtain Oral or Written Depositions Before Action, Independent Action, and Suit | Dismissed |
| 450PA12-2 | Barbara R. Duncan v. John H. Duncan | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA12-399-2)<br><br>2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br>2. Dismissed as Moot<br><br>**Beasley, J., recused** |
| 452P13 | Thomas Culbreth, Employee v. Ironmen of Fayetteville, Inc., Employer; Stonewood Insurance Company, Carrier | 1. Defs' NOA Based Upon a Constitutional Question (COA13-14)<br><br>2. Defs' PDR Under N.C.G.S. § 7A-31<br><br>3. Defs' Motion to Hold NOA and PDR In Abeyance Pending Settlement of Claim<br><br>4. Joint Motion to Withdraw PDR | 1. Dismissed as Moot<br><br>2. ---<br><br>3. Allowed **03/06/2014**<br><br>4. Allowed |
| 457P05-2 | State v. Jeremy Antuan Marsh | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA13-190)<br><br>2. Def's Petition for *Writ of Certiorari* to Review the Decision of the COA | 1. Denied<br><br>2. Denied |
| 487P13-3 | State v. Kevin E. Hedgepeth | Def's *Pro Se* Motion for Notice to the Appellate Division that the State Supreme Court had the Original Jurisdiction | Dismissed |